1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9        FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  IN RE DORU GABRIEL TRIFU,          No.  1:17-cv-00920-DAD-JLT
12
13                                      ORDER GRANTING REQUEST TO SEAL
                                        DOCUMENTS, AND GRANTING IN PART
14                                      PETITION FOR EMERGENCY
                                        INVOLUNTARY MEDICATION,
15                                      HYDRATION, AND NUTRITION
16                                      (Doc. Nos. 2 & 3)
17
18          On July 11, 2017, petitioner Management & Training Corporation (MTC) ("MTC") filed

19  a petition for emergency involuntary medication, hydration, and nutrition of Doru Gabriel Trifu, a

20  federal prisoner in the custody of the Federal Bureau of Prisons ("BOP").[1]  Concurrently, MTC

21  filed a request to seal the declaration of Dr. Burnett Rucker, and accompanying exhibits, in

22  support of MTC's petition for emergency relief.  Good cause appearing, the court will grant

23  MTC's request to file Dr. Rucker's declaration under seal and will grant in part the petition for

24  emergency relief.

25  /////

26

27  ───────────────
[1] Mr. Trifu has been incarcerated at the Taft Correctional Institution ("Taft CI"), in Taft,
    California.  According to BOP records, MTC is the current operator of Taft CI.  *See* CI Taft,
28  https://www.bop.gov/locations/ci/taf/ (last visited Jul. 13, 2017).

1

2     Accordingly,

3         1.  Petitioner's request to seal Dr. Rucker's declaration (Doc. No. 3) is granted;

4         2.  The Clerk of the Court is directed to file Dr. Rucker's declaration under seal in this

5             action;

6         3.  Petitioner's petition for emergency relief (Doc. No. 2) is granted in part;

7         4.  For a period of not more than **twenty-four (24) hours** from the time this order is

8             served, respondent Mr. Doru Gabriel Trifu is ordered to submit to medical treatment

9             deemed necessary by medical officials working on behalf of MTC, including those at

10            Mercy Hospital, to sustain his health or life, including but not limited to the

11            administration of necessary medication, hydration, and nutrition;

12        5.  Petitioner MTC is directed to advise this court not later than **12:00 p.m. on July 14,**

13            **2017**, as to the nature and extent it has been determined that there is a need for further

14            involuntarily administered medication, hydration, and nutrition, as well as the specific

15            medication, hydration, and nutrition that medical staff has determined to be necessary

16            in order to sustain Mr. Trifu's life and health;[2] and

17        6.  The court will issue an order with respect to further emergency relief based upon a

18            satisfactory showing made by petitioner.

19    IT IS SO ORDERED.

20        Dated:   __July 13, 2017__                    _____

21                                                       UNITED STATES DISTRICT JUDGE

22

23

24

25

26

---

27    [2] Petitioner MTC is required to make at least some preliminary showing that involuntary medical
      treatment is necessary and that MTC has separately met the procedural requirements proscribed
28    under law. *See, e.g.*, *Washington v. Harper*, 494 U.S. 210 (1990); 28 C.F.R. § 549.60–66.

2