UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DORU GABRIEL TRIFU, | No. 1:17-cv-00920-DAD-JLT <br><br> ORDER GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL <br><br> (Doc. No. 8) |

    Petitioner Management & Training Corporation (MTC) has filed a request to file under seal a status update and supporting declaration, lodged with the court, in response to this court's order, dated July 13, 2017. (Doc. No. 8.) The court has reviewed petitioner's request and the accompanying documents. Good cause having been found, the court grants petitioner MTC's request to seal documents (Doc. No. 8). The Clerk of the Court is directed to file these documents under seal.

IT IS SO ORDERED.

    Dated: **July 14, 2017**　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1