UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DORU GABRIEL TRIFU, | No. 1:17-cv-00920-DAD-JLT <br><br> ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THIS CASE |

On July 11, 2017, petitioner Management & Training Corporation (MTC) ("MTC") petitioned this court for an emergency order to allow medical staff at Mercy Hospital, in Bakersfield, California, to provide respondent Doru Gabriel Trifu, then a federal prisoner, with involuntary medication, hydration, and nutrition, for a period of seven days. (Doc. No. 2.)

On July 13, 2017, this court issued an order granting MTC's request for a period of twenty-four hours, specifically directing respondent Mr. Trifu to submit to medical treatment deemed necessary by medical officials working on behalf of MTC. (Doc. No. 6 at 2.) The following day, on July 14, 2017, in light of petitioner's status report and renewed request, this court extended its order for a period of not more than fourteen days. (Doc. No. 11.) The court further directed petitioner MTC to file a status report before the expiration of that time to apprise the court of the nature and extent it had been determined that there was a need for continued involuntarily administered medication, hydration, and nutrition, as well as the specific

medication, hydration, and nutrition that medical staff has determined to be necessary in order to sustain Mr. Trifu's life and health. (*See id.* at 4–5.) On July 27, 2017, petitioner MTC filed a status report, indicating that a court order to continue treatment was no longer necessary due to Mr. Trifu's improved condition. Accordingly, petitioner MTC noted that it does not intend to seek any further relief from the court in this action. (Doc. No. 12.)

In light of petitioner's representations regarding Mr. Trifu's restored health and its intention not to seek further relief, the court is satisfied that no further action is necessary in this case. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 6, 2017**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE